CAUSE NO. _____

TRIAL CAUSE NO. 13-F-0011-005

APPEAL CAUSE NO. 06-13-00166-CR

FILED FOR RECORD

2015 OCT 19 PM 1:50

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2016 8:59 AM
DEBBIE AUTREY
Clerk

_____ DEPUTY

| | | |
|---|---|---|
| EX PARTE | § | IN THE 5th DISTRICT COURT |
| DENNIS SCOTT BRALEY | § | |
| | § | OF |
| V. | § | |
| | § | |
| STATE OF TEXAS | § | BOWIE COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW comes **DENNIS SCOTT BRALEY**, applicant in the above-styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the "Order" denying APPLICANT'S FIRST MOTION FOR APPOINTMENT OF COUNSEL FOR HABEAS CORPUS PURSUANT TO TEXAS FAIR DEFENSE ACT CODE OF CRIMINAL PROCEDURE, ART. § 1.051.

And in furtherance thereof does state, as seen in **TREVINO V. THALER, 569 U.S. 1911 (2013)**, the Supreme Court concluded that were, as in Texas the State's procedural framework, by reason of its design and operation, makes it highly unlikely in a typical case that an applicant will have a meaningful opportunity to raise a claim of ineffective assistance of counsel on direct appeal, and Articel 26.04 of the Texas Code of Criminal Procedure (d) an applicant/defendant is entitled to have the trial court appoint an attorney to represent him in the following appellate and postconviction habeas corpus matters.

Respectfully submitted,

/s/ _____

DENNIS SCOTT BRALEY #1870315
2664 FM 2054
Tennessee Colony, Texas 75886

I.L.A.

_____

1 of 2

## CERTIFICATE OF SERVICE

This is to certify that on October 9, 2015, a true copy of the foregoing action has been sent by U.S. Mail, to Billy Fox, Bowie County District Clerk, at Bowie County Courthouse, 710 James Bowie Dr. New Boston, Texas 75570.

/s/ Dennis Scott Braley

DENNIS SCOTT BRALEY #1870315
Michael Unit
2664 FM 2015
Tennessee Colony, Texas 75886

## TRIAL COURT'S CERTIFICATION OF APPLICANT'S RIGHT OF APPEAL

I, Judge of said trial court, certify in this criminal case that the Applicant's appeal is not in a plea-bargain case, and the Applicant has the right of appeal.

_____ , _____

JUDGE                              DATE SIGNED

("A applicant/defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case – that is, a case which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant– a applicant/defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." **TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).**)

I.L.A.

Bowie County District Clerk
Att: Billy Fox
Bowie County Courthouse
710 James Bowie Dr.
New Boston, Texas 75886

October 9, 2015

FILED FOR RECORD

2015 OCT 19 PM 1:50

BILLY FOX
DISTRICT CLERK BOWIE CO. TX.

DEPUTY

Re:    NOTICE OF APPEAL & REQUEST FOR REPORTER'S RECORD
       REQUEST FOR CLERK'S RECORD

Dear Mrs. Fox,

Enclosed you will find NOTICE OF APPEAL, REQUEST FOR CLERK'S RECORD, REQUEST FOR REPORTER'S RECORD, in the styled and numbered APPLICANT'S FIRST MOTION FOR APPOINTMENT OF COUNSEL FOR HABEAS CORPUS PURSUANT TO TEXAS FAIR DEFENSE ACT CODE OF CRIMINAL PROCEDURE, ART. § 1.051, Trial Cause No. 13-F-0011-005; Appeal No. 06-13-00166-CR. Please file said motions and present them to the Court.

Thank you for your effective assistance in this matter.

Sincerely,
/s/ Dennis Scott Braley

DENNIS SCOTT BRALEY #1870315
2664 FM 2054
Tennessee Colony, Texas 75886

I.LA.